**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| BUFORD O'NEAL FURROW JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:09-cv-387-WTL-DML |
| | ) | |
| DIRECTOR H. LAPPIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Discussing Motion to Reconsider**

This cause is before the court on the plaintiff's motion to reconsider (dkt 4). That motion was filed with the clerk on January 4, 2010, and is directed to the Judgment entered on the clerk's docket on December 28, 2009, dismissing the action pursuant to 28 U.S.C. § 1915A.

Given the timing of the plaintiff's motion to reconsider, and given the arguments set forth in such motion, the motion is treated as a motion pursuant to Rule 59(e) of the *Federal Rules of Civil Procedure. See Borrero v. City of Chicago,* 456 F.3d 698, 701-02 (7th Cir. 2006) (explaining that whether a motion filed within 10 days of the entry of judgment should be analyzed under Rule 59(e) or Rule 60(b) of the *Federal Rules of Civil Procedure* depends on the *substance* of the motion, not on the timing or label affixed to it); *Osterneck v. Ernst & Whinney,* 489 U.S. 169, 174 (1989)(noting that Rule 59(e) encompasses reconsideration of matters decided on the merits).

The purpose of a motion to alter or amend judgment under Rule 59(e) is to have the court reconsider matters "properly encompassed in a decision on the merits." *Osterneck v. Ernst and Whinney,* 489 U.S. 169, 174 (1988). The Court of Appeals has explained that there are only three valid grounds for a Rule 59(e) motion--newly-discovered evidence, an intervening change in the law, and manifest error in law. *See Cosgrove v. Bartolotta,* 150 F.3d 729, 732 (7th Cir. 1998).

There was in this case no manifest error of law or fact. The court did not misapprehend the plaintiff's claim, nor did it misapply the law to that claim in light of the applicable law. Accordingly, the post-judgment motion to reconsider, treated as a motion to alter and judgment (dkt. 4) is **denied.**

**IT IS SO ORDERED.**

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date:  01/05/2010

Distribution:

BUFORD O'NEAL FURROW, JR.
34225-048
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47801