UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BUFORD O'NEAL FURROW JR.,                     )<br>                                                                      )<br>                    Plaintiff,            )<br>        vs.                                                     )           2:09-cv-387-WTL-DML<br>                                                                      )<br>DIRECTOR H. LAPPIN, et al.,              )<br>                                                                      )<br>                    Defendants.       ) | |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

The plaintiff's request for leave to proceed on appeal *in forma pauperis* (dkt 7) is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

Date: 01/14/2010

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Buford O'Neal Furrow Jr.
34225-048
Terre Haute - USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47801